# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2023-3107
LT Case No. 2019-CA-003883

_____

BAZD MEG, LLC,

    Appellant,

    v.

WELLS FARGO BANK NATIONAL
ASSOCIATION, AS TRUSTEE FOR
STRUCTURED ADJUSTABLE RATE
MORTGAGE LOAN TRUST
MORTGAGE PASS-THROUGH
CERTIFICATES SERIES 2007-3,
GTTB, LLC, HEATHROW MASTER
ASSOCIATION, INC., PNC BANK,
NATIONAL ASSOCIATION,
SUCCESSOR IN INTEREST TO RBC
CENTURE BANK, SEMINOLE
COUNTY FLORIDA AND DULCIE
PAYNE,

    Appellees.

_____


On appeal from the Circuit Court for Seminole County.
Michael J. Rudisill, Judge.

Anthony N. Legendre, II, of Law Offices of Legendre & Legendre,
PLLC, Maitland, for Appellant.

Alec P. Hayes and Christina Hill, of Troutman Pepper Hamilton
Sanders, LLP, Atlanta, GA, for Appellee, Wells Fargo Bank,
N.A., as Trustee for Structured Adjustable Rate Mortgage

Loan Trust Mortgage Pass-Through Series 2007-3.

No Appearance for Other Appellees.

July 9, 2024

PER CURIAM.

AFFIRMED.

LAMBERT, EISNAUGLE, and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____